# Court of Appeals
# of the State of Georgia

ATLANTA, December 12, 2018

*The Court of Appeals hereby passes the following order:*

**A19D0209. DANIEL ERIC COBBLE v. STANLEY WILLIAMS, WARDEN.**

Daniel Eric Cobble filed this application for discretionary appeal from the superior court's order denying emergency relief in this habeas corpus matter. The Supreme Court, however, has appellate jurisdiction over all cases involving habeas corpus. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (4). This application is therefore TRANSFERRED to the Supreme Court for disposition.[1]



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 12/12/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] This application for discretionary appeal is duplicative of the application Cobble filed on October 22, 2018. See Case No. A19D0152, transferred Nov. 15, 2018.